1  CENTER FOR DISABILITY ACCESS
   Dennis Price, Esq., SBN 279082
2  Amanda Seabock, Esq., SBN 289900
   100 Pine St., Ste 1250
3  San Francisco, CA 94111
   (858) 375-7385; (888) 422-5191 fax
4  AmandaS@potterhandy.com

5  Attorneys for Plaintiff, CHRIS LANGER

6

7                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF CALIFORNIA
8

9  CHRIS LANGER,                        ) Case No.: 1:21-cv-01332-JLT-EPG
                                        )
10        Plaintiff,                    )
                                        ) **NOTICE OF SETTLEMENT AND**
11    v.                                ) **REQUEST TO VACATE ALL**
                                        ) **CURRENTLY SET DATES**
12 LEMOORE RACING ENTERPRISES,          )
   INC., a California Corporation,      )
13                                      )
          Defendant.                    )
14                                      )
                                        )
15

16      The plaintiff hereby notifies the court that a provisional settlement has been
17 reached in the above-captioned case. The Parties would like to avoid any additional
18 expense while they focus efforts on finalizing the terms of the settlement and reducing it
19 to a writing.
20      The plaintiff, therefore, applies to this Honorable Court to vacate all currently set
21 dates with the expectation that the settlement will be consummated within the coming
22 sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all
23 parties to be filed.

24                              CENTER FOR DISABILITY ACCESS

25

26 Dated: April 7, 2022          By: /s/ Amanda Seabock
                                     Amanda Seabock
27                                   Attorney for Plaintiff

28