UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>  Plaintiff,<br><br>  v.<br><br>LEMOORE RACING ENTERPRISES, INC.,<br><br>  Defendant. | Case No.  1:21-cv-01332-JLT-EPG<br><br>ORDER REGARDING NOTICE OF SETTLEMENT<br><br>(ECF No. 15) |

On December 6, 2021, the Court entered an order referring this case to the Voluntary Dispute Resolution Program ("VDRP"). (ECF No. 10.) On May 25, 2021, Plaintiff filed a notice of settlement stating that a provisional settlement has been reached and the parties "would like to avoid any additional expense while they focus on finalizing the terms of the settlement and reducing it to a writing." (ECF No. 15.) Plaintiff requests that the Court vacate all pending dates with the expectation that a settlement will be consummated and the case dismissed within sixty (60) days. (*Id.*)

Currently, there are no pending deadlines in the case, other than the parties' obligation to file a VDRP Completion Report within fourteen days after completion of the VDRP session. *See* E.D. Cal. L.R. 271(o). The Court declines to vacate this deadline. However, the Court will extend the deadline for filing the VDRP Completion Report to allow the parties additional time to finalize the terms of the settlement.

1

1  Accordingly, IT IS HEREBY ORDERED that, within thirty (30) days of entry of this
2 order, the parties shall <u>jointly</u> file their VDRP Completion Report consistent with Local Rule
3 271(o).

IT IS SO ORDERED.

Dated:  **April 8, 2022**            /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE