UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>  Plaintiff,<br><br>  v.<br><br>LEMOORE RACING ENTERPRISES, INC.,<br><br>  Defendant. | Case No. 1:21-cv-01332-JLT-EPG<br><br>ORDER REGARDING JOINT VOLUNTARY DISPUTE RESOLUTION PROGRAM COMPLETION REPORT<br><br>(ECF No. 17) |

    On May 8, 2022, the parties filed a Joint VDRP Completion Report. (ECF No. 17.) According to the report, the parties have reached a full settlement of all of Plaintiff's claims and intend to file a stipulation dismissing the case within the next 60 days once the settlement is finalized. (*Id.*)

    In light of the parties' report, IT IS HEREBY ORDERED that all pending deadlines and hearings, if any, are vacated. The parties shall file appropriate dismissal documents within 60 days of entry of this order. The parties are advised that any requests for extension of this deadline must be supported by good cause. *See* E.D. Cal. L.R. 160.

IT IS SO ORDERED.

Dated: __**May 9, 2022**__                                 /s/ Erica P. Grosjean
                                                                                    UNITED STATES MAGISTRATE JUDGE