CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

RAYMOND L. CARLSON (SBN: 138043)
carlson@griswoldlasalle.com
CHRISTINA G. DI FILIPPO (SBN: 327255)
difilippo@griswoldlasalle.com
GRISWOLD, LASALLE, COBB, DOWD & GIN, L.L.P.
111 E. Seventh Street
Hanford, CA 93230
Telephone: (559) 584-6656
Facsimile: (559) 582-3106
Attorneys for Defendants
Lemoore Racing Enterprises, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>     Plaintiff,<br><br>  v.<br><br>LEMOORE RACING ENTERPRISES, INC., a California Corporation,<br><br>     Defendant. | Case: 1:21-cv-01332-JLT-EPG<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: May 10, 2022           CENTER FOR DISABILITY ACCESS

                                                By: /s/ Amanda Seabock
                                                   Amanda Seabock
                                                   Attorneys for Plaintiff

Dated: May 10, 2022           GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.

                                              By: /s/Christina G. Di Filippo
                                                 Raymond L. Carlson
                                                 Christina G. Di Filippo
                                                 Attorneys for Defendant
                                                 Lemoore Racing Enterprises, Inc.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Christina G. Di Filippo , counsel for Lemoore Racing Enterprises, Inc., respectively, and that I have obtained Ms. Di Filippo's authorization to affix her electronic signature to this document.

Dated: May 10, 2022         CENTER FOR DISABILITY ACCESS

                            By: /s/ Amanda Seabock
                                Amanda Seabock
                                Attorneys for Plaintiff